UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HOLMBERG,

      Plaintiff,

    v.

ELDON VAIL, et al.,

      Defendants.

Case No. C11-5449BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt.22).

     The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    All of Plaintiff's claim are **DISMISSED**, except for Count IV; and

    (3)    The matter is **RE-REFERRED** for further proceedings.

     DATED this 6th day of February, 2012.

                                         BENJAMIN H. SETTLE
                                       United States District Judge

ORDER