UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HOLMBERG,

　　　　　Plaintiff,

　　v.

ELDON VAIL, et al.,

　　　　　Defendants.

Case No. C11-5449BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

　　This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt.22).

　　The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**;

　　(2)　All of Plaintiff's claim are **DISMISSED**, except for Count IV; and

　　(3)　The matter is **RE-REFERRED** for further proceedings.

　　DATED this 6th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER