1

2

3

4

5

6            UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                    AT TACOMA

MICHAEL HOLMBERG,
8
                    Plaintiff,              CASE NO. C11-5449 BHS

9   v.                                      ORDER ADOPTING REPORT
                                            AND RECOMMENDATION
10  ELDON VAIL, et al.,

11                  Defendants.

12

13          This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 49) and

15  Plaintiff Michael Holmberg's objections to the R&R (Dkt. 50).

16          On September 10, 2012, Judge Strombom issued the R&R recommending that the

17  Court grant Defendant Cheryl Sullivan's ("Sullivan") motion for summary judgment on

18  Holmberg's two remaining claims, retaliation and violation of due process.  Dkt. 49.  On

19  October 1, 2012, Holmberg filed objections to the R&R and argued that he should be

20  allowed an opportunity to obtain additional discovery.  Dkt. 50.  While it is correct that a

21  nonmovant may request an extension of time to seek additional discovery, the nonmovant

22  must particularly identify the relevant discovery that he seeks to obtain.  Fed. R. Civ. P.

1    56(d).  Holmberg argues that the Court should grant him an extension to obtain evidence

2    of an unlawful pattern or practice by the mailroom to unlawfully withhold prisoners'

3    mail.  Dkt. 50 at 3.  This issue is outside the scope of Holmberg's complaint and, even if

4    such evidence was obtained, it is irrelevant to Holmberg's claims.

5           Therefore, the Court having considered the R&R, Holmberg's objections, and the

6    remaining record, does hereby find and order as follows:

7           (1)     Holmberg's request for an extension is **DENIED**;

8           (2)     The R&R is **ADOPTED**;

9           (3)     The Clerk shall enter **JUDGMENT** in favor of Sullivan; and

10          (4)     Holmberg's *in forma pauperis* status is **REVOKED.**

11   Dated this 1st day of November, 2012.

12

13

14   BENJAMIN H. SETTLE
     United States District Judge

15

16

17

18

19

20

21

22